# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-2770
_____

Willita D. Bush, in propria persona

*Plaintiff - Appellant*

v.

St. Louis County, Missouri, a municipal corporation; St. Louis County Civil Service Commission; Department of Revenue, St. Louis County; Tim Lee, Division Assistant Collector, Individually and Officially; Margaret Hart-Mahon, County Counselor, Individually and Officially; Eugene K. Leung, Director of Revenue, Individually and Officially; Kirk McCarley, Director of Division of Personnel, Individually and Officially; Mitchell A. Margo, Chairman, Individually and Officially; Nadine V. Nunn, Vice-Chairman, Individually and Officially; Richard Mange, Member, Individually and Officially; Fannie Lindo, Personnel, Individually and Officially; Ruth Collins, Human Resources Manager, Individually and Officially; Micki Wochner, County Counselor, Individually and Officially; Debbie Derr, Personnel, Individually and Officially; Bob Bourisaw, Personnel Administrator, Individually and Officially; Linda Cendroski, Personnel Specialist, Individually and Offically with others similarly situated; David Bruening, Supervisor, Individually and Officially; Rita Stonecipher, Supervisor, Individually and Officially

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: January 4, 2013
Filed: January 11, 2013
[Unpublished]
_____

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

_____

PER CURIAM.

Willita D. Bush appeals multiple orders by the district court[1] in her 42 U.S.C. § 1983 action. Upon careful review of the record and Bush's arguments for reversal, we affirm the district court, see 8th Cir. R. 47B, and we deny Bush's pending motion to strike appellees' appendix.

_____

_____

[1]The Honorable Audrey G. Fleissig, United States District Judge for the Eastern District of Missouri.